**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

FILED

JUN 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| Edgar Boeck, | § | |
|     Plaintiff, | § | |
| | § | |
| v | § | Case No.  07 1096 |
| | § | |
| U.S. Department of Justice, et.al., | § | |
|     Defendant | § | |

---

### REQUEST FOR PROCESS OF SERVICE BE EFFECTED
### BY UNITED STATES MARSHAL'S SERVICE

---

**COMES NOW** Edgar Boeck, plaintiff pro-se interposing **Haines v Kerner**, 404 US 519(1972) hereby moves this Honorable court for an order directing that service be effected by a United States Marshal, pursuant to rule 4(c)(2) of the Federal rules of civil procedure. In support thereof, plaintiff Boeck submits the following:

    **1.** Plaintiff is incarcerated and is a poor person without sufficient funds and has requested to the court that he be allowed to proceed in forma pauperis.

    **2.** Plaintiff Boeck makes this request in good faith and as a class action lawsuit for the purpose of obtaining legal remedies for the unconstitutional policies implemented by the defendants.

    **3.** Defendant U.S. Department of Justice business address is 10th and Constitution Ave., Washington, D.C. 20530.

    **4.** Defendant Alberto Gonzales is the U.S. Attorney General, his business address is 10th and Constitution Ave., Washington, D.C. 20530.

    **5.** Defendant Bureau of Prisons is an agency of the Department of Justice, the BOP's business address is 320 First Street, N.W., Washington, D.C. 20534.

    **6.** Defendant Harley Lappin is the Director of the Federal Bureau of Prisons. his business address is 320 First Street, N.W., Washington, D.C. 20534.

7. Defendant Richard Mancha is a detention hearing officer who has a business office at Crosspoint, Inc. of San Antonio, 420 Baltimore St. San Antonio, Texas 78215.

8. Defendant Leandro Davila, Jr. is the discipline committee chairperson, whose business address is 420 Baltimore Street, San Antonio, Texas 78215 [Crosspoint, Inc. if San Antonio].

WHEREFORE premises considered herein, plaintiff Boeck prays that this Honorable court grant his request and direct the United States Marshal's service to effect service of process on the, herein, listed defendants.

Respectfully Submitted,

/Edgar Boeck

Edgar Boeck
Reg. #94970-080
P.O.Box 26020
Beaumont, Texas 77720-6020

Dated: May 16,2007.

2