UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDGAR BOECK<br>R# 94970-080<br>F.C.I. - Beaumont<br>POB 26020<br>Beaumont, Texas 77720<br><br>   Plaintiff<br> v.<br><br>U.S. DEPARTMENT OF JUSTICE, ET AL<br><br>   Defendant. | Civil Action No.: 07-1096 (JR) |

**NOTICE OF APPEARANCE**

  The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo as counsel for Defendant in the above-captioned case.

         /s/
         KENNETH ADEBONOJO
         Assistant United States Attorney
         555 4th St., N.W.
         Washington, D.C. 20530
         (202) 514-7157
         kenneth.adebonojo@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July, 2007, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, **Edgar Boeck**, by mail postage pre-paid and addressed as follows:

EDGAR BOECK
R# 94970-080
F.C.I. - Beaumont
POB 26020
Beaumont, Texas 77720

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov