UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **EDGAR BOECK**,<br><br>    Plaintiff,<br><br>v.<br><br>**U.S. DEPT. OF JUSTICE,**<br>**et al.**<br><br>    Defendants. | Civil Action No.: 07-CV-1096 (JR) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

  Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants through counsel, respectfully request an enlargement of time until October 26, 2007, to file an answer or otherwise respond to Plaintiff's complaint.  In support of this motion, Defendants state the following:

  1. Plaintiff filed his pro se complaint in this Court on or about July 3, 2007.  In his complaint, Plaintiff challenges the drug testing methods and policies Defendants employ in their halfway houses.  Defendants' answer or response to the Complaint is due on or before September 28, 2007.

  2. The undersigned has been in contact with the Bureau of Prisons, the entity that administers the drug testing policies and methods that Plaintiff challenges.  Although the BOP has provided the Plaintiff's administrative file, the additional time will enable a thorough review of same and an appropriate response.

  3. The undersigned is seeking an enlargement until October 26, 2007.

4.       Since he is incarcerated, it is impracticable for the undersigned to confer with Plaintiff about the within Motion.[1]

Dated: September 28, 2007

                                              Respectfully submitted,

                                              /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                              /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

                                              /s/
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANTS

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDGAR BOECK,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**U.S. DEPT. OF JUSTICE,** )<br>et al. )<br>)<br>**Defendants.** )<br>) | Civil Action No.: 07-CV-1096 (JR) |

## **ORDER**

This matter having come before this Court on Defendants' Motion for an Enlargement of Time to Answer or Otherwise Respond to the Complaint, it is hereby

**ORDERED** that Defendants' motion is **GRANTED**. It is further

**ORDERED** that Defendants shall file their response to Plaintiff's complaint on or before October 26, 2007.

**SO ORDERED** this ____ day of _____, 200__.

_____
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendants' Motion for an Enlargement of Time to Respond to the Complaint was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

EDGAR BOECK
R94970-080
San Antonio Community
Corrections Office
727 E. Durango Blvd.
Room B138
San Antonio, Tx
78206

on this 28th day of September, 2007

/s/
KENNETH ADEBONOJO