UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDGAR BOECK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 07-CV-1096 (JR) |
| ) | |
| U.S. DEPT. OF JUSTICE, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants through counsel, respectfully request an enlargement of time until November 5, 2007, to file an answer or otherwise respond to Plaintiff's complaint. In support of this motion, Defendants state the following:

1. Plaintiff filed his pro se complaint in this Court on or about July 3, 2007. In his complaint, Plaintiff challenges the drug testing methods and policies Defendants employ in their halfway houses.

2. The Court graciously granted Defendants' last Motion for an Extension to file a Response and ordered that Defendants' answer or other response be filed by October 26, 2007. The Court also ordered that no further extensions will be granted. Since the Court's order, the undersigned was selected for and is currently attending a two-week mandatory training program at the National Advocacy Center in Columbia, South Carolina, which concludes on October 25, 2007.

3. Although an earlier extension could have been sought, the undersigned anticipated

being able to complete Defendants' response during the two-week training and respond by the current due date. Unfortunately, the undersigned has been unable to do so due to the intensity of the training program.

4. The undersigned respectfully requests the Court's indulgence for a final extension until November 5, 2007.

5. Since he is incarcerated, it is impracticable for the undersigned to confer with Plaintiff about the within Motion.[1]

Dated: October 23, 2007

Respectfully submitted,

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/ Kenneth Adebonojo
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139

COUNSEL FOR DEFENDANTS

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDGAR BOECK,<br><br>        Plaintiff,<br><br>v.<br><br>U.S. DEPT. OF JUSTICE,<br>et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 07-CV-1096 (JR)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

This matter having come before this Court on Defendants' Motion for an Enlargement of Time to Answer or Otherwise Respond to the Complaint, it is hereby

**ORDERED** that Defendants' motion is **GRANTED**. It is further

**ORDERED** that Defendants shall file their response to Plaintiff's complaint on or before November 5, 2007.

**SO ORDERED** this ____ day of _____, 200__.

_____
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendants' Motion for an Enlargement of Time to Respond to the Complaint was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

EDGAR BOECK
R94970-080
San Antonio Community
Corrections Office
727 E. Durango Blvd.
Room B138
San Antonio, Tx
78206

on this 23rd day of October, 2007

_____
KENNETH ADEBONOJO