UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDGAR BOECK,

          Plaintiff,

    v.                                Civil Action No.  07-1096 (JR)

U. S. DEPARTMENT OF JUSTICE, *et al.*,

          Defendants.

## ORDER

Defendants have filed a motion to dismiss.  Because a ruling on defendants' motion potentially could dispose of this case, the Court hereby advises the *pro se* plaintiff of his obligations under the Federal Rules of Civil Procedure and the rules of this Court.  *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988); *Ham v. Smith*, 653 F.2d 628 (D.C. Cir. 1981).

Plaintiff is advised that the Court will rule on defendants' motion taking into consideration the facts proffered by plaintiff in his complaint, along with his response or opposition to the motion.  Plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within 11 days of the date of service or <u>at such other time as the court may direct</u>, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion.  If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

LCvR 7(b) (emphasis added).  If plaintiff fails to respond to the motion, the Court may grant the motion and dismiss the case.  *Fox v. Strickland*, 837 F.2d at 509.

In addition, plaintiff is directed to Rule 6(e) of the Federal Rules of Civil Procedure which provides:

> Whenever a party must or may act within a prescribed period after service and the service is made [by mail or by other means consented to in writing by the person served], 3 days are added after the prescribed period would otherwise expire[.]

Fed. R. Civ. P. 6(e).

Accordingly, it is

**ORDERED** that plaintiff shall file his opposition or other response to defendants' motion by **December 3, 2007**. If plaintiff fails to respond timely, the Court may treat the motion as conceded, and summarily may dismiss the case.

**SO ORDERED**.

JAMES ROBERTSON
United States District Judge