UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDGAR BOECK, : | |
| : | |
| Plaintiff, : | |
| v. : | Civil Action No. 07-1096 (JR) |
| : | |
| U. S. DEPARTMENT OF JUSTICE, *et al.*, : | |
| : | |
| Defendants. : | |

### ORDER

Defendants filed a motion to dismiss on October 29, 2007. In its October 31, 2007 Order, the Court advised plaintiff, among other things, of his obligation to file an opposition or other response to the motion. Further, the Order expressly warned plaintiff that, if he failed to file his opposition by December 3, 2007. According to the Federal Bureau of Prisons' Inmate Locator (http://bop.gov/iloc2/LocateInmate.jsp), plaintiff was released from custody on August 10, 2007. Plaintiff has filed neither a change of address, an opposition to defendants' motion, nor a request for additional time to file an opposition. Accordingly, it is hereby

**ORDERED** that plaintiff's motion for service of process to be effected by United States Marshals Service [#4] is **DENIED**. It is

**FURTHER ORDERED** that defendant's motion to dismiss [#13] is **GRANTED AS CONCEDED**. And it is

**FURTHER ORDERED** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED**.

JAMES ROBERTSON
United States District Judge